UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-2695-GW(Ex) | Date | May 15, 2008 |
|---|---|---|---|
| Title | United States of America, et al. v. City of Santa Monica | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Wil Wilcox | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Joel McElvain, AUSA

Attorneys Present for Defendants:

Marsha Jones Moutrie
Lance S. Gams
Martin T. Tachiki

**PROCEEDINGS:**     ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

Hearing is held.  Court and counsel confer.

For the reasons stated on the record, the Order to Show Cause re Preliminary Injunction is **taken under submission.**  Court to issue order.

IT IS SO ORDERED.

|  | : | 32 |
|---|---|---|
| | Initials of Preparer | JG |